| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>D. Alexander Barnes, Esquire<br>Michael D. Vagnoni, Esquire (*pro hac vice* forthcoming)<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail: alexander.barnes@obermayer.com<br>       michael.vagnoni@obermayer.com<br><br>*Counsel to Defendant, Opex Corporation* | |
| In re:<br><br>RITE AID CORPORATION, *et al.*[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-18993-MBK<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br><br>        Plaintiff,<br><br>v.<br><br>Opex Corporation,<br><br>        Defendant. | Adv. No. 25-02073-MBK |

## NOTICE OF APPEARANCE

      Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Defendant, Opex Corporation. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

4897-5635-2150 v1

ADDRESS:  D. Alexander Barnes, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| | | |
|---|---|---|
| Dated: March 12, 2026 | By: | */s/ D. Alexander Barnes* |
| | | D. Alexander Barnes, Esquire |
| | | Michael D. Vagnoni, Esquire (*pro hac vice* forthcoming) |
| | | OBERMAYER REBMANN MAXWELL & HIPPEL LLP |
| | | 1120 Route 73, Suite 420 |
| | | Mount Laurel, NJ 08054-5108 |
| | | Telephone: (856) 795-3300 |
| | | Facsimile: (856) 482-0504 |
| | | E-mail: alexander.barnes@obermayer.com |
| | | michael.vagnoni@obermayer.com |
| | | *Counsel to Defendant, Opex Corporation* |

4897-5635-2150 v1