| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** <br> D. Alexander Barnes, Esquire <br> 1120 Route 73, Suite 420 <br> Mount Laurel, NJ 08054-5108 <br> Telephone: (856) 795-3300 <br> Facsimile: (856) 482-0504 <br> E-mail: alexander.barnes@obermayer.com <br><br> *Counsel to Defendant, Opex Corporation* | |
| In re: <br><br> RITE AID CORPORATION, *et al.*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-18993-MBK <br><br> (Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A, <br><br> Plaintiff, <br><br> v. <br><br> Opex Corporation, <br><br> Defendant. | Adv. No. 25-02073-MBK |

## APPLICATION FOR ADMISSION PRO HAC VICE

D. Alexander Barnes, Esq. ("Movant"), a member in good standing of the Bar of the State of New Jersey and an attorney admitted to practice before the United States District Court for the District of New Jersey, and an attorney with Obermayer Rebmann Maxwell & Hippel LLP, hereby moves the Court for an order permitting Michael D. Vagnoni, Esq. to practice *pro hac vice* before

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

the United States Bankruptcy Court for the District of New Jersey to represent Defendant, Opex Corporation in the instant matter pursuant to Local Bankruptcy Rule 9010-1. In support of the relief requested herein, Movant states as follows:

## JURISDICTION

This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this application is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

By this application, the Movant requests entry of an Order admitting *pro hac vice,* Michael D. Vagnoni, Esq. (the "Applicant"). The good standing of the Applicant is set forth in the Applicant's certification which is submitted herewith (the "Certification").

Applicant is a partner at Obermayer Rebmann Maxwell & Hippel LLP with an office at Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102. As the Certification demonstrates, Applicant is a member in good standing of the Bar of the highest court in which he is admitted.

It is anticipated that Applicant will be active in the representation of the Defendant in this case. Accordingly, the Movant respectfully requests that the Court grant the *pro hac vice* admission of Michael D. Vagnoni, Esq. and that she be permitted to appear on behalf of Opex Corporation in connection with this case.

No previous application for the relief sought herein has been made to this or any other court in connection with this proceeding.

4896-8786-7798 v1-3/12/26

## WAIVER OF MEMORANDUM OF LAW

Pursuant to Local Rule 9013-1, Movant respectfully requests that the Court waive the requirement that it file a memorandum of law in support of this Application. Movant respectfully submits that no memorandum of law is necessary because no novel issues of law are presented herein.

Respectfully submitted,

Dated: March 12, 2026     By:     */s/ D. Alexander Barnes*
D. Alexander Barnes, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
E-mail: alexander.barnes@obermayer.com
*Counsel to Defendant, Opex Corporation*