| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>D. Alexander Barnes, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail: alexander.barnes@obermayer.com<br><br>*Counsel to Defendant, Opex Corporation* | |
| In re:<br><br>RITE AID CORPORATION, *et al.*[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-18993-MBK<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br><br>        Plaintiff,<br><br>v.<br><br>Opex Corporation,<br><br>        Defendant. | Adv. No. 25-02073-MBK |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR
## <u>ADMISSION PRO HAC VICE</u>

    I, Michael D. Vagnoni, hereby state as follows in support of the Application for Admission

Pro Hac Vice:

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

4896-8786-7798 v1-3/12/26

1. I am an attorney with the law firm of Obermayer Rebmann Maxwell & Hippel LLP. My office is located at Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102.

2. I was admitted to practice law in the Commonwealth of Pennsylvania on December 2, 1996. My Pennsylvania bar number is 78374. In addition, I am admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. There are no disciplinary proceedings pending against me.

5. Discipline has never been imposed against me.

6. I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by these Rules upon my admission.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 12, 2026    */s/ Michael D. Vagnoni*
    Michael D. Vagnoni, Esquire

4896-8786-7798 v1-3/12/26