| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>D. Alexander Barnes, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail: alexander.barnes@obermayer.com<br><br>*Counsel to Defendant, Opex Corporation* | |
| In re:<br><br>RITE AID CORPORATION, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-18993-MBK<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br><br>Plaintiff,<br><br>v.<br><br>Opex Corporation,<br><br>Defendant. | Adv. No. 25-02073-MBK |

## CERTIFICATION OF SERVICE

1. I, <u>Coleen M. Schmidt</u>:

    ☐ represent the _____ in this matter.

    ☒ am the paralegal for D. Alexander Barnes, who represents the <u>Defendant, Opex Corporation</u> in this matter.

    ☐ am the _____ in this case and am representing myself.

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

4896-8786-7798 v1-3/12/26

2. On <u>March 12, 2026</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

1. Application for Admission Pro Hac Vice of Michael D. Vagnoni
2. Certification in Support of Application
3. Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>March 12, 2026</u>                                                  <i>/s/ Coleen M. Schmidt</i>
                                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brigette G. McGrath<br>Ask LLP<br>2600 Eagan Woods Drive<br>Suite 400<br>St. Paul, MN 55121 | Counsel to Thomas A. Pitta, as Trustee of the RAD Sub-Trust A | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Means Rule 9013-2<br>(As authorized by the Court or by rule. Cite rule if applicable) |

3

4896-8786-7798 v1-3/12/26